**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUIS PEREZ RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>ANGELA HOOVER, in her official capacity as the Warden of the Clinton County Correctional Facility, *et al.*,<br><br>Respondents. | : | Civil No. 1:26-CV-02145<br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 10th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

3) An individualized bond hearing shall be held before an immigration judge as soon as possible but no later than **<u>September 24, 2026</u>**.

4) Petitioner shall file a status report by **<u>October 8, 2026</u>** to advise the court of the status of the bond hearing.

5) Petitioner may file a motion for fees and costs under the Equal Access to Justice Act within 30 days of final judgment in this action.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania