**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUIS PEREZ RODRIGUEZ, | : | Civil No. 1:26-CV-02145 |
| Petitioner, | : | |
| v. | : | |
| ANGELA HOOVER, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## MEMORANDUM

On September 10, 2026, the court entered a memorandum and order granting Petitioner's petition for writ of habeas corpus. (Docs. 6, 7.) The court ordered a new individualized bond hearing before an immigration judge and required Petitioner to file a status report to update the court on the bond hearing. (Doc. 7.) Because of this, the court did not enter judgment or close the case at that time. Respondents filed a status report indicating that a hearing was held on September 14, 2026, and Petitioner was granted bond in in the amount of $ 5,000 and with an electronic ankle monitor. (Doc. 8.) Accordingly, because a hearing has been held, the court will now issue an appropriate order entering judgment in favor of Petitioner and closing this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Date: September 16, 2026