**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUIS PEREZ RODRIGUEZ, | : | Civil No. 1:26-CV-02145 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| ANGELA HOOVER, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 16th day of September 16, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** judgement is entered in favor of Petitioner and the Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania